HAMILTON, Circuit Judge,
concurring in the judgment:
I agree with Judge Michael that Nations-Bank’s concession that Runnebaum was disabled within the meaning of the Americans with Disabilities Act (ADA), see 42 U.S.C. § 12101-12213, prohibits our consideration of that issue on appeal. Accordingly, I concur in Part I. of Judge Michael’s opinion. However, for the reasons stated in Part II.B.2. of Judge Williams’ opinion, Runnebaum failed to establish a prima facie case of discrimination under the ADA. Furthermore, even if Runnebaum could establish a prima facie case under the ADA, for the reasons stated in Part II.B.2. of Judge Williams’ opinion and her dissent to the panel majority opinion, see Runnebaum v. NationsBank of Maryland, 95 F.3d 1285, 1305-07 (4th Cir.1996) (Williams, J., dissenting), Runnebaum failed to carry his ultimate burden of demonstrating that he was fired because of his disability. See St. Mary’s Honor Center v. Hicks, 509 U.S. 502, 508-11, 113 S.Ct. 2742, 2747-49, 125 L.Ed.2d 407 (1993). I therefore concur in the court’s judgment.